# EXHIBIT 32

| | |
|---|---|
| **From:** | Jacobs, Aaron <ajacobs@princelobel.com> |
| **Sent:** | Thursday, May 10, 2018 8:54 AM |
| **To:** | Michael Pieja; James, Clay C. (clay.james@hoganlovells.com); Vidmar, Lucky (lucky.vidmar@hoganlovells.com); Doug Winnard; Andrew Rima; Alan Littmann; Dagogo-Jack, Alali; Rankin, Katy L.; Carter, Jane Zenzi Li; Apple-uniloc |
| **Cc:** | uniloc |
| **Subject:** | Uniloc v. Apple (HPE and FP): Source Code Inspection |

Counsel,

Pursuant to Section 11 of the Protective Order, Chuck Easttom will perform an inspection of Apple's source code at Apple's counsel's Chicago office from May 24 to 25, 2018.  Please confirm that the computer will be available during this time and let me know how early Mr. Easttom may arrive.

Sincerely yours,
    Aaron

_____

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
p: (617) 456-8082
e: ajacobs@princelobel.com

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.