IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC.; and UNILOC LUXEMBOURG, S.A.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant.<br>_____/ | No. C 18-00359 WHA<br>No. C 18-00360 WHA<br>No. C 18-00363 WHA<br>No. C 18-00365 WHA<br>No. C 18-00572 WHA<br><br>**ORDER RE MOTIONS TO STRIKE AND FOR PARTIAL STAY OF DISCOVERY** |

With respect to the showdown procedure, the Court disagrees with Apple that it needs Uniloc's infringement contentions before deciding which claims it intends to move on summary judgment. Apple is fully capable of advancing its own claim construction and explaining why the claim as construed does not read upon Apple's product and/or why it does read upon prior art. In due course, the motions to strike the infringement contentions will be considered and if Apple has selected for the showdown procedure a claim that is permanently struck, then it will be given an opportunity to select another claim.

Apple's motions for partial stay of discovery and protective order against such discovery are **DENIED**. If a claim in the '127, '134, and/or '158 patent is struck, then the Court will consider requiring Uniloc to reimburse attorney's fees for wasteful discovery.

**IT IS SO ORDERED.**

Dated: May 30, 2018.

                                                                       _____
                                                                       WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE