Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Neff, M.D., J.D. (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eneff@goldmanismail.com
labendshien@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

Ivo Labar (203492)
labar@kerrwagstaffe.com
Maria Radwick (253780)
radwick@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Defendant Logitech, Inc.*

(Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LOGITECH, INC. and APPLE INC.,<br><br>                    Defendant. | **Case Nos.**   3:18-cv-06733-WHA<br>          3:18-cv-00359-WHA<br>          3:18-cv-00360-WHA<br>          3:18-cv-00363-WHA<br>          3:18-cv-00365-WHA<br>          3:18-cv-00572-WHA<br><br>**DEFENDANTS' NOTICE OF SELECTION OF PATENT AND CLAIM FOR EARLY SUMMARY JUDGMENT PROCEDURE** |

Pursuant to paragraph 4 of the Court's May 2, 2018, Case Management Order, Defendants Apple Inc. and Logitech, Inc., jointly state that they have selected claim 21 of U.S. Patent No. 6, 446,127, which is pending Case No. 3:18-cv-00572-WHA, for inclusion in the Court's early summary judgment procedure.

DATED: June 18, 2018                      Respectfully submitted,

 /s/ *Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Neff, M.D., J.D. (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eneff@goldmanismail.com
labendshien@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

 /s/ *Ivo Labar*
Ivo Labar
Maria Radwick

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
(415) 371-8500 telephone
(415) 371-0500 facsimile
labar@kerrwagstaffe.com
radwick@kerrwagstaffe.com

*Attorneys for Defendant Logitech, Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **DEFENDANTS' NOTICE OF SELECTION OF PATENT AND CLAIM FOR EARLY SUMMARY JUDGMENT PROCEDURE** has been served on June 18, 2018, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)