James J. Foster
Aaron S. Jacobs (CA No. 214953)
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 25 TO JOIN NEW PATENT OWNER UNILOC 2017 LLC AS A PLAINTIFF**<br><br>DATE:　　Thursday, September 27, 2018<br>TIME:　　8:00 a.m.<br>ROOM:　　12, 19th Floor<br>JUDGE:　　Hon. William Alsup |

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A., move under Fed. R. Civ. P. 25 to join Uniloc 2017 LLC as an additional plaintiff.  The motion will be heard September 27, 2018 at 8:00 a.m.

## I.　　FACTUAL BACKGROUND

When the Complaint was filed, Uniloc Luxembourg was the owner of the patents-in-suit. *See* Complaint (Dkt. No. 1).  In an Assignment that became effective as of May 2018, Uniloc

1  Luxembourg, S.A. assigned all of its rights, interest, and title in the patent-in-suit, including the

2  right to all causes of action, to Uniloc 2017 LLC. *See* Declaration of James J. Foster, ¶ 2.

3          Under Fed. R. Civ. P. 25, if an interest is transferred, the court can order the transferee to be

4  joined with the original party.

5          The undersigned counsel for Plaintiffs also represents Uniloc 2017 LLC, which consents to

6  being joined.

7

8  Date:  August 23, 2018                          Respectfully submitted,

9                                                  */s/ James J. Foster*

10                                                 James J. Foster
                                                   Aaron S. Jacobs (CA No. 214953)
11                                                 **PRINCE LOBEL TYE LLP**
                                                   One International Place, Suite 3700
12                                                 Boston, MA 02110
                                                   Tel: (617) 456-8000
13                                                 jfoster@princelobel.com
                                                   ajacobs@princelobel.com
14

15                                                 Matthew D. Vella (CA No. 314548)
                                                   mvella@princelobel.com
16                                                 PRINCE LOBEL TYE LLP
                                                   410 Broadway Avenue, Suite 180
17                                                 Laguna Beach, CA 92651

18

19

20

21

22

23

24

25

26

27

28

3023755.v1