James J. Foster
Aaron S. Jacobs (CA No. 214953)
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 3:18-cv-00360-WHA <br> Case No.: 3:18-cv-00363-WHA <br> Case No.: 3:18-cv-00365-WHA <br> Case No.: 3:18-cv-00572-WHA <br><br> **PLAINTIFFS' DETAILED ACCOUNT OF PATENT OWNERSHIP HISTORY** |

Hewlett-Packard Enterprise Development LP and Hewlett-Packard Enterprise Company sold the patents in these actions to Uniloc Luxembourg S.A. ("LUX") on May 16, 2017. On May 26, 2017, LUX granted an exclusive license to Uniloc USA, Inc. ("USA"). Those two entities filed these actions against Apple between May 26 and August 2, 2017.

LUX assigned the patents to Uniloc 2017 LLC ("Uniloc 2017") as of May 3, 2018. Uniloc 2017 granted an exclusive license, as of that date, to USA with respect to United States litigation filed before May 3, 2018, including these actions. On August 28, Uniloc 2017 and USA amended that license to clarify the license gave USA no rights as to actions filed after May 3, 2018.

3024914.v1

Uniloc 2017 also granted an exclusive license, as of May 3, to Uniloc Licensing USA LLC ("Licensing") as to actions filed after May 3. Uniloc 2017 and Licensing amended that agreement on August 28, to clarify the license gave Licensing no rights as to actions before May 3, 2018.

Federal Rule of Civil Procedure 25(c) provides "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Although there was thus no requirement to substitute Uniloc 2017 for LUX, Uniloc notified Apple it planned to file Rule 25 motions in these cases. Uniloc filed those motions August 23.

As to the merits of the discovery dispute, Uniloc hereby supplements the discovery responses Apple lists in its letter brief, by adding the above information. Uniloc will produce additional documents on or before September 3, 2018.

Date:  August 29, 2018

Respectfully submitted,

*/s/ James J. Foster*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

3024914.v1