IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC.; and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. C 18-00360 WHA <br> No. C 18-00363 WHA <br> No. C 18-00365 WHA <br> No. C 18-00572 WHA <br><br><br> **REQUEST FOR RESPONSE** |

It has come to the Court's attention that the Patent Trial and Appeal Board has instituted *inter partes* review on the following patents-in-suit:

1. United States Patent No. 6,216,158 ("the '158 patent") (IPR2018-00361)

2. United States Patent No. 6,446,127 ("the '127 patent") (IPR2018-00456)

3. United States Patent No. 7,092,671 ("the '671 patent") (IPR2018-00199)

In light of this, counsel for both sides shall please inform the Court by **SEPTEMBER 13 AT NOON** whether or not the above-captioned actions (Case Nos. 3:18-cv-00360-WHA; -363-WHA; -365-WHA; -572-WHA) should be stayed. In particular, counsel shall please address the impact of a stay in connection with (1) the showdown procedure currently underway on Claim 9 of the '158 patent and Claim 21 of the '127 patent, and (2) potential duplicative discovery if litigation moved forward with respect to United States Patent No. 6,161,134.

Dated: September 11, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE