United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNILOC USA, INC.; and UNILOC LUXEMBOURG, S.A.,

Plaintiffs,

v.

APPLE INC.,

Defendant.

______________________________________/

No. C 18-00360 WHA
No. C 18-00363 WHA
No. C 18-00365 WHA
No. C 18-00572 WHA

**ORDER SUA SPONTE STAYING CASES PENDING RESOLUTION OF IPR PROCEEDINGS**

The Court has reviewed the parties' responses regarding staying the above-captioned actions (Case Nos. 3:18-cv-00360-WHA; -363-WHA; -365-WHA; -572-WHA). The Patent Trial and Appeal Board has instituted *inter partes* review on United States Patent No. 6,216,158, United States Patent No. 6,446,127, and United States Patent No. 7,092,671 — three of the four currently valid patents-in-suit.

While the showdown procedure is well underway and the parties desire to proceed at least with this round of early summary judgment motions, this order concludes that this is outweighed by the interest of conserving judicial and the parties' resources. This is especially true given that the very claims selected for the showdown procedure are involved in the pending IPRs. Thus upon careful consideration, this order finds it more economical to let the IPR proceedings run their course first. Moreover, this order finds that United States Patent No. 6,161,134 ("the '134 patent") is sufficiently related to the other patents-in-suit such that a stay with respect to the '134 patent is also warranted.

United States District Court
For the Northern District of California

Accordingly, this order hereby *sua sponte* **STAYS** the above-captioned actions pending resolution of the IPR proceedings. In the interim, defendant Apple Inc., may bring a motion in connection with the standing and subject matter issues relating to the discovery ordered at the September 4 hearing.

The parties shall please file a joint status report on the progress of the aforementioned IPR proceedings by **DECEMBER 14 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 14, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE