1  Michael T. Pieja (CA Bar No. 250351)
   Alan E. Littmann (*pro hac vice*)
2  Jennifer Greenblatt (*pro hac vice*)
   Doug Winnard (CA Bar No. 275420)
3  Andrew J. Rima (*pro hac vice*)
4  Emma C. Neff (*pro hac vice*)
   Lauren Abendshien (*pro hac vice*)
5  Shaun Zhang (*pro hac vice*)
6  GOLDMAN ISMAIL TOMASELLI
   BRENNAN & BAUM LLP
7  564 W. Randolph St., Suite 400
   Chicago, IL 60661
8  Tel: (312) 681-6000
   Fax: (312) 881-5191
9  mpieja@goldmanismail.com
   alittmann@goldmanismail.com
10 jgreenblatt@goldmanismail.com
   dwinnard@goldmanismail.com
11 arima@goldmanismail.com
12 eneff@goldmanismail.com
   labendshien@goldmanismail.com
13 szhang@goldmanismail.com

14 *Attorneys for Defendant Apple Inc.*

15 (Additional counsel listed in signature block)

16
17                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
18                     **SAN FRANCISCO DIVISION**

19  UNILOC USA, INC., et al.,              Case Nos.  3:18-cv-00360-WHA
                                                      3:18-cv-00363-WHA
                Plaintiffs,                           3:18-cv-00365-WHA
20                                                    3:18-cv-00572-WHA
           v.
21                                         **DEFENDANT APPLE INC.'S**
    APPLE INC.,                            **ADMINISTRATIVE MOTION TO SEAL**
22                                         **PORTIONS OF ITS MOTION TO DISMISS**
                Defendant.                 **AND EXHIBITS THERETO**
23
24                                         JUDGE: Hon. William Alsup
25
26
27
28

Pursuant to Civil L.R. 7-11 and 79-5(e), Defendant Apple Inc. ("Apple") hereby moves for an order sealing:

- Exhibits A–G, J–M, O–S, and W to the Declaration of Doug Winnard in Support of Defendant Apple Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Winnard Declaration");

- Portions of the underlying Motion to Dismiss;

- Appendix A to the Motion to Dismiss; and

- Portions of the Winnard Declaration.

Apple is filing this administrative motion to seal the above-described materials because they were produced and designated by, or reflect documents produced and designated by, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Protective Order entered on July 14, 2018 (Dkt. No. 115 in the -360 matter). Apple takes no position as to whether these materials should indeed be sealed.

DATED:  October 25, 2018                    Respectfully submitted,


                                             _/s/ Doug Winnard_____
                                            Michael T. Pieja (CA Bar No. 250351)
                                            Alan E. Littmann (*pro hac vice*)
                                            Jennifer Greenblatt (*pro hac vice*)
                                            Doug Winnard (CA Bar No. 275420)
                                            Andrew J. Rima (*pro hac vice*)
                                            Emma C. Neff, M.D., J.D. (*pro hac vice*)
                                            Lauren Abendshien (*pro hac vice*)
                                            Shaun Zhang (*pro hac vice*)
                                            GOLDMAN ISMAIL TOMASELLI
                                            BRENNAN & BAUM LLP
                                            564 W. Randolph St., Suite 400
                                            Chicago, IL 60661
                                            Tel: (312) 681-6000
                                            Fax: (312) 881-5191
                                            mpieja@goldmanismail.com
                                            alittmann@goldmanismail.com
                                            jgreenblatt@goldmanismail.com
                                            dwinnard@goldmanismail.com
                                            arima@goldmanismail.com
                                            eneff@goldmanismail.com
                                            labendshien@goldmanismail.com

szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com


*Attorneys for Defendant Apple Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION TO DISMISS AND EXHIBITS THERETO** has been served on October 25, 2018, to all counsel of record who are deemed to have consented to electronic service. I further certify that unredacted versions of **DEFENDANT APPLE INC.'S MOTION AND SUPPORTING EXHIBITS** were served on October 25, 2018, to all counsel of record via email.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)