# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case Nos.  3:18-cv-00360-WHA<br>　　　　　　3:18-cv-00363-WHA<br>　　　　　　3:18-cv-00365-WHA<br>　　　　　　3:18-cv-00572-WHA<br><br>**DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO SEAL PORTIONS OF ITS MOTION TO DISMISS AND EXHIBITS THERETO**<br><br>JUDGE: Hon. William Alsup |

# DECLARATION OF DOUG WINNARD

I, Doug Winnard, hereby declare:

1. I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. ("Apple") in these matters. Pursuant to Civil L.R. 79-5(e), I submit this declaration in support of Apple's Administrative Motion to Seal Portions of Its Motion to Dismiss and Exhibits Thereto.

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. In response to discovery requests in these actions, Plaintiffs produced documents that they designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered on July 14, 2018. (Dkt. No. 115 in the -360 matter.)

4. In moving to dismiss the present actions for lack of subject-matter jurisdiction, Apple is relying on several of these documents, which appear at Exhibits A–C, F–G, J–M, O–S, and W to the Declaration of Doug Winnard in Support of Defendant Apple Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Winnard Declaration").

5. Plaintiffs also designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" two deposition transcripts, one dated September 21, 2018 and the other (a rough transcript) dated October 8, 2018.

6. In moving to dismiss the present actions for lack of subject-matter jurisdiction, Apple is relying on excerpts from these transcripts, which appear at Exhibits D and E to the Winnard Declaration.

7. Statements concerning the contents of the materials and transcripts designated as confidential by Plaintiffs appear in Appendix A to the underlying motion to dismiss, as well as in the portions of that motion:

- Page i, lines 7–16, 23–27;
- Page ii, lines 1–3, 6–7;
- Page 1, lines 20–24;

- Page 2, lines 3–12;
- Page 3, lines 2–28;
- Pages 4–7;
- Page 8, lines 1–23;
- Page 9, lines 15–17, 19–23, 27–28;
- Page 10, lines 1–2;
- Page 11, lines 9–28;
- Pages 12–13;
- Page 14, lines 1–24;
- Page 15, lines 6–28;
- Page 16;
- Page 17, lines 1–22, 24–28;
- Pages 18–20;
- Page 21, lines 1–19, 25–26;
- Page 22, lines 1–4, 13, 25–28;
- Page 23, lines 1, 7–11, 17;
- Page 24, lines 12, 15–21, 25–28; and
- Page 25, lines 1–5, 8–9.

8. Statements concerning the contents of the materials designated as confidential by Plaintiffs also appear in paragraphs 3–9, 12–15, 17–21, and 25 of the Winnard Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2018, in Chicago, Illinois.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)