**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>       Defendant. | Case Nos.  3:18-cv-00360-WHA<br>                3:18-cv-00363-WHA<br>                3:18-cv-00365-WHA<br>                3:18-cv-00572-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS MOTION TO DISMISS AND EXHIBITS THERETO** |

Before the Court is Defendant Apple Inc.'s ("Apple") Administrative Motion to Seal Portions of Its Motion to Dismiss and Exhibits Thereto. Apple's Administrative Motion indicates that the following portions of documents have been designated as, or reflect documents designated as, confidential by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A, and thus have been provisionally filed under seal:

| Documents to be Sealed | Portions to be Sealed |
|---|---|
| Defendant Apple Inc.'s Motion to Dismiss | i:7–16, 23–27; ii:1–3, 6–7; 1:20–24; 2:3–12; 3:2–28; 4–7; 8:1–23; 9:15–17, 19–23, 27–28; 10:1–2; 11:9–28; 12–13; 14:1–24; 15:6–28; 16; 17:1–22, 24–28; 18–20; 21:1–19, 25–26; 22:1–4, 13, 25–28; 23:1, 7–11, 17; 24:12, 15–21, 25–28; 25:1–5, 8–9 |
| Exhibits A–G, J–M, O–S, and W in Support | Entire |
| Appendix A in Support | Entire |

| Declaration of Doug Winnard in Support | ¶¶ 3–9, 12–15, 17–21, and 25 |
|---|---|

**GOOD CAUSE AND COMPELLING REASONS HAVING BEEN SHOWN, THE COURT HEREBY ORDERS** that the above-identified portions of Apple's Motion to Dismiss and exhibits thereto will remain filed under seal.

DATED: _____, 2018

_____
Hon. William Alsup
United States District Judge