***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case Nos.  3:18-cv-00360-WHA<br>            3:18-cv-00363-WHA<br>            3:18-cv-00365-WHA<br>            3:18-cv-00572-WHA<br><br>**DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

## DECLARATION OF DOUG WINNARD

I, Michael T. Pieja, hereby declare:

1. I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. ("Apple") in this matter. I submit this declaration in support of Apple's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) ("Apple's Motion").

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Attached hereto as Exhibit A is an excerpted true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365.

4. Attached hereto as Exhibit B is an excerpted true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The complete document is Bates-stamped UNILOC_APPLE_2017_18366 to UNILOC_APPLE_2017_18373.

5. Attached hereto as Exhibit C is an excerpted true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365.

6. Attached hereto as Exhibit D is an excerpted true and correct copy of the transcript from the deposition of ▮▮▮▮▮▮, taken September 21, 2018.

7. Attached hereto as Exhibit E is an excerpted true and correct copy of the rough transcript from the deposition of ▮▮▮▮▮▮, taken October 8, 2018.

8. Attached hereto as Exhibit F is an excerpted true and correct copy of ████████████████████████████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_APPLE_2017_18208 to UNILOC_APPLE_2017_18264.

9. Attached hereto as Exhibit G is an excerpted true and correct copy of ████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_APPLE_2017_16650 to UNILOC_APPLE_2017_16851.

10. Attached hereto as Exhibit H is an excerpted true and correct copy of the final written decision regarding U.S. 6,857,067, issued by the Patent Trial and Appeal Board in Case No. IPR2013-00391 on December 3, 2014.

11. Attached hereto as Exhibit I is an excerpted true and correct copy of Defendants' Motion to Dismiss Plaintiffs' Complaint Under Rule 12(b)(6) for Failure to Allege Infringement of a Patentable Claim Under 35 U.S.C. § 101, filed September 30, 2014. *Uniloc USA, Inc.*, et al., v. E-MDS, Inc., No. 6:14-cv-00625-RWS (E.D. Tex.).

12. Attached hereto as Exhibit J is an excerpted true and correct copy of ████████████████████████████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_APPLE_2017_17386 to UNILOC_APPLE_2017_17389.

13. Attached hereto as Exhibit K is an excerpted true and correct copy of ████████████████████████████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_APPLE_2017_016076 to UNILOC_APPLE_2017_016090.

14. Attached hereto as Exhibit L is a true and correct copy of ████████████████████████████████████████████████, Bates-stamped UNILOC_APPLE_2017_016054 to UNILOC_APPLE_2017_016057.

15. Attached hereto as Exhibit M is an excerpted true and correct copy of ████████████

1  ▮   The complete document is Bates-stamped UNILOC_APPLE_2017_16349 to UNILOC_APPLE_2017_16649.

16. Attached hereto as Exhibit N is an excerpted true and correct copy of the Patent Assignment between Uniloc Luxembourg S.A. and Uniloc 2017 LLC, dated May 3, 2018, retrieved from the website of the United States Patent and Trademark Office on August 8, 2018.

17. Attached hereto as Exhibit O is an excerpted true and correct copy of ▮ ▮. The complete document is Bates-stamped UNILOC_APPLE_2017_17738 to UNILOC_APPLE_2017_17746.

18. Attached hereto as Exhibit P is an excerpted true and correct copy of ▮ ▮. The complete document is Bates-stamped UNILOC_APPLE_2017_17757 to UNILOC_APPLE_2017_17766.

19. Attached hereto as Exhibit Q is an excerpted true and correct copy of ▮ ▮ ▮ The complete document is Bates-stamped UNILOC_APPLE_2017_17904 to UNILOC_APPLE_2017_17913.

20. Attached hereto as Exhibit R is an excerpted true and correct copy of ▮ ▮ ▮. The complete document is Bates-stamped UNILOC_APPLE_2017_17890 to UNILOC_APPLE_2017_17899.

21. Attached hereto as Exhibit S is an excerpted true and correct copy of ▮ ▮ ▮ The complete document is Bates-stamped UNILOC_APPLE_2017_16852 to UNILOC_APPLE_2017_16958.

22. Attached hereto as Exhibit T is a true and correct copy of the August 13, 2018 letter from Doug Winnard to James Foster.

23. Attached hereto as Exhibit U is a true and correct copy of the August 21, 2018 e-mail from Michael Pieja to James Foster.

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

24. Attached hereto as Exhibit V is an excerpted true and correct copy of the rough transcript of the September 4, 2018 hearing.

25. Attached hereto as Exhibit W is an excerpted true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The complete document is Bates-stamped UNILOC_APPLE_2017_17168 to UNILOC_APPLE_2017_17234.

26. Attached hereto as Exhibit X is an excerpted true and correct copy of Defendant's First Set of Common Interrogatories to Plaintiffs, served December 19, 2017.

27. Attached hereto as Exhibit Y is an excerpted true and correct copy of Plaintiffs' Responses to Defendant's First Set of Common Interrogatories, served January 18, 2018.

28. Attached hereto as Exhibit Z is an excerpted true and correct copy of Defendant's First Set of Common Requests for Production, served February 8, 2018.

29. Attached hereto as Exhibit AA is an excerpted true and correct copy of Plaintiffs' Responses to Defendant's First Set of Common Requests for Production, served March 12, 2018.

30. Attached hereto as Appendix A is a timeline and summary I created of the division of rights amongst the various Uniloc entities, both at the time the above-captioned cases were filed and as of May 3, 2018 to the present.

31. Attached hereto as Appendix B is a list I created of Uniloc patents 1) held invalid, 2) challenged as invalid, or 3) asserted but not challenged or held invalid, each as of May 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2018, in Chicago, Illinois.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)