# EXHIBIT H

Trials@uspto.gov                                                                                         Paper 38
571-272-7822                                                                          Entered: December 3, 2014

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

DISTINCTIVE DEVELOPMENTS, LTD, ELECTRONIC ARTS INC., GAMELOFT S.E., HALFBRICK STUDIOS PTY LTD., LAMINAR RESEARCH LLC, MOJANG AB, and SQUARE ENIX, INC.,
Petitioner,

v.

UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,
Patent Owner.

_____

Case IPR2013-00391
Patent 6,857,067 B2

_____

Before JAMESON LEE, ALLEN R. MacDONALD, and MATTHEW R. CLEMENTS, *Administrative Patent Judges*.

CLEMENTS, *Administrative Patent Judge*.

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

IPR2013-00391
Patent 6,857,067 B2

## I.  INTRODUCTION

Distinctive Developments, Ltd., Electronic Arts Inc., Gameloft S.E., Halfbrick Studios Pty Ltd., Laminar Research LLC, Mojang AB, and Square Enix, Inc. (collectively, "Petitioner") filed an Amended Petition requesting *inter partes* review of claims 1, 20–22, 30, 31, 35, 67, 107, and 108 ("the challenged claims") of U.S. Patent No. 6,857,067 B2 (Ex. 1001, "the '067 patent").  Paper 11 ("Pet."). Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Patent Owner") filed a Preliminary Response.  Paper 14 ("Prelim. Resp.").  On December 18, 2013, we instituted an *inter partes* review of claims 1, 20–22, 30, 31, 67, 107, and 108 on certain grounds of unpatentability alleged in the Petition.  Paper 15 ("Dec. to Inst.").  After institution of trial, Patent Owner filed a Patent Owner Response (Paper 22, "PO Resp.") to which Petitioner filed a Reply (Paper 24, "Pet. Reply").

Oral argument was held on July 11, 2014.[1]

We have jurisdiction under 35 U.S.C. §§ 6(c) and 314.  This Final Written Decision is issued pursuant to 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73.

For the reasons that follow, we determine that Petitioner has shown by a preponderance of the evidence that claims 1, 20, 22, 30, 31, 67, 107, and 108 of the '067 patent are unpatentable, but has not shown by a preponderance of the evidence that claims 21 and 22 are unpatentable.

---

[1] A transcript of the oral hearing is included in the record as Paper 37 ("Tr.").