# EXHIBIT Y

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al., <br> Plaintiffs, <br> v. <br> APPLE INC., | § § § § § § § | Case No. 2:17-cv-00470-JRG <br> LEAD CASE |
| APPLE INC., | § | Case No. 2:17-cv-00454-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00455-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00457-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00469-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00522-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00534-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00535-JRG |
| APPLE INC., | § | Case No. 2:17-cv-00571-JRG |

Defendants.

**PLAINTIFFS' RESPONSE TO APPLE INC.'S
FIRST SET OF COMMON INTERROGATORIES**

Objections

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A., Inc. (together, "Uniloc"), object to the ten pages of Instructions and Definitions as prolix and confusing, and have ignored them in preparing this response.

Uniloc objects to the Interrogatories as:

1) overly broad and unduly burdensome;

2) seeking irrelevant information;

3) seeking information protected by the attorney-client privilege or the work-product doctrine;

4) seeking discovery the burden or expense which outweighs the likely benefit; and

5) seeking the subject of expert testimony before the time, and other than in the manner, specified by order of this Court and the Federal Rules of Civil Procedure.

1

6) to the extent that they contain more separate and discrete interrogatories than permitted by order of this Court, Local Rules and/or the Federal Rules of Civil Procedure.

These General Objections are incorporated by reference, without restatement, into the specific responses below.

## RESPONSES

**INTERROGATORY NO. 1:**

Identify Each product (including prototypes) made, used, sold, or imported by Uniloc, its licensees, or any prior owner of the Patents-in-Suit or Related Patents, that You contend embodies, was made by, or is used when practicing, the subject matter of any claim of the Patents-in-Suit or Related Patents, including the date on which the product was first conceived, reduced to practice, offered for sale, sold, or used, and Each Person having knowledge of such information, and provide a claim chart to support Your contentions.

**RESPONSE TO INTERROGATORY NO. 1:**

Uniloc has no information, as yet, responsive to this interrogatory, but understands the prior owners of the patents-in-suit have been or will be subpoenaed to provide it.

**INTERROGATORY NO. 2:**

Describe with particularity all occasions on which You or any prior owner, assignee, or exclusive licensee offered, were offered, or agreed to license, convey, or acquire any rights in or to any of the Patents-in-Suit and for each such instance, identify any Third Party involved in the offeree, the patents involved, the dates of any relevant communications, the proposed (and, if applicable, actual) terms or conditions of the proposed or actual license or other acquisition (including monetary, temporal, geographic, and other terms), all individuals having knowledge regarding the instance, and all Documents comprising, referring or relating to, or reflecting the instance.

**RESPONSE TO INTERROGATORY NO. 2:**

Uniloc has no information, as yet, responsive to this interrogatory, but understands the prior owners of the patents-in-suit have been or will be subpoenaed to provide it.

**INTERROGATORY NO. 3:**

Describe with particularity All Prior Art to the Patents-in-Suit or Related Patents known (or made known) at any time to You, the inventor(s) of the Patents-in-Suit or Related Patents, or