# EXHIBIT Z

Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Jennifer Greenblatt (*pro hac vice* to be filed)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice* to be filed)
Emma C. Neff, M.D., J.D. (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eneff@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | **Case No. 3:18-cv-00360-WHA**<br><br>**DEFENDANT APPLE INC.'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG, S.A. (NOS. 1-41)** |

**REQUEST FOR PRODUCTION NO 14:**

Documents and Communications Relating to Any assignment, or acquisition or transfer of ownership or other rights in the Patent-in-Suit, including Any Documents and Communications Relating to Any agreement between Any inventor(s) or predecessor-in-interest and Uniloc.

**REQUEST FOR PRODUCTION NO 15:**

Documents Relating to the conception or reduction to practice of Any claim or alleged invention disclosed in the Patent-in-Suit, including engineering or lab notebooks, progress reports, research summaries, journals, or files of Any inventor or Person involved in the conception or reduction to practice of Any claim of the Patent-in-Suit.

**REQUEST FOR PRODUCTION NO 16:**

Documents Relating to Any and All agreements between Uniloc and Any other Person, Relating to or concerning ownership, development, reduction to practice, conception, inventorship, or design of the inventions claimed in the Patent-in-Suit, including without limitation All ownership interests, non-disclosure agreements, confidentiality agreements, development agreements, license agreements, technology transfer agreements, consulting agreements, assignments, invention assignments, and employment or consulting agreements.

**REQUEST FOR PRODUCTION NO 17:**

Documents and things referring or Relating to Any product or system embodying All or a portion of the subject matter claimed in the Patent-in-Suit, including experimental versions, prototypes, test versions, or prior versions of Any product made, licensed, used, sold, or offered for sale in the United States.

/ / /

/ / /

/ / /

/ / /