# EXHIBIT AA

James J. Foster
Aaron Jacobs
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case Nos.: 3:18-cv-00358, -00359, -00360, -00363, -00365, -00572-WHA <br><br> **PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION** |

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A., Inc. ("Uniloc" or "Plaintiffs") responds to Defendant Apple Inc.'s Request for Production (the "Request(s)") in the above-numbered cases, all of which are related to Case No. 3:17-cv-06733-WHA, and in which Defendant Apple Inc. ("Apple") served identical Requests, as follows:

**GENERAL OBJECTIONS**

Uniloc makes the following General Objections, whether separately set forth or not, in response to each and every definition and Request:

1. Uniloc objects to all definitions and Requests to the extent that they seek information protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege.

2886758.v1

research summaries, journals, or files of Any inventor or Person involved in the conception or reduction to practice of Any claim of the Patent-in-Suit.

**RESPONSE:**

    Uniloc refers to and incorporates by reference each of its General Objections as though fully set forth herein.

    Uniloc objects to this Request to the extent that it seeks documents and/or things that are not in Uniloc's possession, custody, or control. Uniloc also objects to this Request to the extent it seeks documents that are protected from disclosure by applicable privileges and protections, including without limitation the attorney-client privilege, work product protection, common interest privilege, consulting expert privilege and/or other applicable privilege or immunity.

    Subject to and without waiving these objections, Uniloc states that to the extent it understands this Request and to the extent non-privileged, relevant, non-objectionable documents responsive to this Request exist and are within Uniloc's possession, custody, or control, they have already been produced. Uniloc will continue to diligently search for additional documents relevant to the parties' claims and defenses, and will produce any such non-privileged, relevant, non-objectionable additional documents it identifies responsive to this Request.

**REQUEST FOR PRODUCTION NO 16:**

    Documents Relating to Any and All agreements between Uniloc and Any other Person, Relating to or concerning ownership, development, reduction to practice, conception, inventorship, or design of the inventions claimed in the Patent-in-Suit, including without limitation All ownership interests, non-disclosure agreements, confidentiality agreements, development agreements, license agreements, technology transfer agreements, consulting agreements, assignments, invention assignments, and employment or consulting agreements.

**RESPONSE:**

    Uniloc refers to and incorporates by reference each of its General Objections as though fully set forth herein.

2886758.v1

Uniloc objects to this Request to the extent that it seeks documents and/or things that are not in Uniloc's possession, custody, or control. Uniloc also objects to this Request to the extent it seeks documents that are protected from disclosure by applicable privileges and protections, including without limitation the attorney-client privilege, work product protection, common interest privilege, consulting expert privilege and/or other applicable privilege or immunity.

Subject to and without waiving these objections, Uniloc states that to the extent it understands this Request and to the extent non-privileged, relevant, non-objectionable documents responsive to this Request exist and are within Uniloc's possession, custody, or control, they have already been produced. Uniloc will continue to diligently search for additional documents relevant to the parties' claims and defenses, and will produce any such non-privileged, relevant, non-objectionable additional documents it identifies responsive to this Request.

**REQUEST FOR PRODUCTION NO 17:**

Documents and things referring or Relating to Any product or system embodying All or a portion of the subject matter claimed in the Patent-in-Suit, including experimental versions, prototypes, test versions, or prior versions of Any product made, licensed, used, sold, or offered for sale in the United States.

**RESPONSE:**

Uniloc refers to and incorporates by reference each of its General Objections as though fully set forth herein.

Uniloc objects to this Request to the extent that it seeks documents and/or things that are not in Uniloc's possession, custody, or control. Uniloc also objects to this Request to the extent it seeks documents that are protected from disclosure by applicable privileges and protections, including without limitation the attorney-client privilege, work product protection, common interest privilege, consulting expert privilege and/or other applicable privilege or immunity.

Subject to and without waiving these objections, Uniloc states that to the extent it understands this Request and to the extent non-privileged, relevant, non-objectionable documents responsive to this Request exist and are within Uniloc's possession, custody, or control, they have

2886758.v1