## Appendix B – Uniloc Patents Held Invalid or Challenged as Invalid

Uniloc Patents Held Invalid in Whole or in Part as of May 15, 2017

1. U.S. Patent No. 6,857,067 – IPR2013-00391 (Paper No. 38) (Dec. 3, 2014)
2. U.S. Patent No. 5,490,216 – IPR2014-01453 (Paper No. 27) (Mar. 10, 2016)
3. U.S. Patent No. 5,682,526 – No. 6:14-cv-00625 (E.D. Tex.) (Dkt. 315) (Aug. 19, 2015)
4. U.S. Patent No. 5,715,451 – No. 6:14-cv-00625 (E.D. Tex.) (Dkt. 315) (Aug. 19, 2015)
5. U.S. Patent No. 8,566,960 – No. 2:16-cv-00570 (E.D. Tex.) (Dkt. 113) (Mar. 20, 2017)
6. U.S. Patent No. 6,510,466 – No. 2:16-cv-00393 (E.D. Tex.) (Dkt. 129) (Mar. 28, 2017)
7. U.S. Patent No. 6,728,766 – No. 2:16-cv-00393 (E.D. Tex.) (Dkt. 129) (Mar. 28, 2017)

Uniloc Patents Challenged as Invalid as of May 15, 2017

1. U.S. Patent No. 7,783,523 – CBM2016-00042 (filed Mar. 14, 2016)
2. U.S. Patent No. 8,515,820 – CBM2016-00043 (filed Mar. 15, 2016)
3. U.S. Patent No. 8,571,194 – IPR2016-01756 (filed Sept. 7, 2016)
4. U.S. Patent No. 7,804,948 – IPR2017-00058 (filed Oct. 11, 2016)
5. U.S. Patent No. 7,853,000 – IPR2017-00198 (filed Nov. 2, 2016)
6. U.S. Patent No. 7,069,293 – IPR2017-00184 (filed Nov. 10, 2016)
7. U.S. Patent No. 7,535,890 – IPR2017-00220, -00221 (filed Nov. 14, 2016)
8. U.S. Patent No. 8,243,723 – IPR2017-00222 (filed Nov. 14, 2016)
9. U.S. Patent No. 8,724,622 – IPR2017-00223, -00224 (filed Nov. 14, 2016)
10. U.S. Patent No. 8,995,433 – IPR2017-00225 (filed Nov. 14, 2016)
11. U.S. Patent No. 7,024,696 – IPR2017-00301 (filed Dec. 6, 2016)
12. U.S. Patent No. 8,199,747 – IPR2017-01257 (filed Apr. 7, 2017)
13. U.S. Patent No. 6,234,578 – No. 2:16-cv-00741 (Dkt. 17) (filed Sept. 29, 2016)

Other Patents Asserted by Uniloc (Not Yet Challenged or Held Invalid as of May 15, 2017)

1. U.S. Patent No. 5,579,222 – e.g., No. 6:15-cv-00097 (E.D. Tex.)
2. U.S. Patent No. 5,892,697 – e.g., No. 2:12-cv-00375 (E.D. Tex.)
3. U.S. Patent No. 6,110,228 – e.g., No. 2:17-cv-00370 (E.D. Tex.)
4. U.S. Patent No. 6,489,974 – e.g., No. 2:16-cv-00778 (E.D. Tex.)
5. U.S. Patent No. 6,564,229 – e.g., No. 2:17-cv-00172 (E.D. Tex.)
6. U.S. Patent No. 7,099,849 – e.g., No. 6:12-cv-00093 (E.D. Tex.)
7. U.S. Patent No. 8,239,852 – No. 2:17-cv-00258 (E.D. Tex.)

2

8. U.S. Patent No. 8,838,976 – No. 2:17-cv-00258 (E.D. Tex.)
9. U.S. Patent No. 9,414,199 – No. 2:17-cv-00258 (E.D. Tex.)