**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case Nos.  3:18-cv-00360-WHA<br>  3:18-cv-00363-WHA<br>  3:18-cv-00365-WHA<br>  3:18-cv-00572-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

Before the Court is Apple's Motion to Dismiss for Lack of Subject-Matter Jurisdiction ("Motion"). Having considered the Motion, and all papers and exhibits filed in support thereof and opposition thereto, the Court finds that the Motion is meritorious and should be granted. Specifically, the Court finds that Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. lacked constitutional standing when they filed suit, and that lack of standing continues. Further, Plaintiffs' discovery misconduct warrants dismissal with prejudice. The actions against Apple are hereby dismissed with prejudice for lack of subject-matter jurisdiction. Apple's motion is therefore GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2018

_____
Honorable William Alsup
United States District Judge