James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>         Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>         Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**PLAINTIFFS' ADMINISTRATION MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND REPLY IN SUPPORT OF RULE 25 MOTION TO ADD UNILOC 2017 AS A PARTY; THE DECLARATION OF JAMES PALMER; AND EXHIBIT A TO THE PALMER DECLARATION** |

Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together, "Uniloc"), hereby move for an order sealing the following materials:

- Portions of Uniloc's concurrently filed Opposition to Defendant's Motion to Dismiss, and Reply in Support of Rule 26 Motion to Add Uniloc 2017 as a Party, including:

    o Page i at lines 5-6.

| PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION | 1 | CASE NOS. 3:18-CV-00360-WHA; -00363-WHA; -00365-WHA; -00572-WHA |

3077771.v1

- o   Page 1 at lines 19-21.
- o   Page 3 at line 19.
- o   Page 3 at line 25 to 4 at line 15.
- o   Page 6 at lines 15-19.
- o   Page 8 at line 20.
- o   Page 9 at lines 7-9.
- o   Page 9 at line 11
- o   Page 9 at line 12.
- o   Page 9 at line 13.
- o   Page 9 at line 14.
- o   Page 9 at lines 15-28.
- o   Page 10 at line 1.
- o   Page 10 at lines 16-20.
- o   Page 11 at lines 9-10.
- o   Page 11 at lines 11-12.
- o   Page 11 at line 13.

- The Declaration of James Palmer ("Palmer Declaration), in its entirety.
- Exhibit A to the Palmer Declaration, in its entirety.

As set forth in the accompanying Declaration of Aaron S. Jacobs, these documents contain information is identified by Uniloc as as "Highly Confidential – Attorneys' Eyes Only" in accordance with Protective Order Regarding the Disclosure and Use of Discovery Materials.  *See* Dkt. No. 114.

As required by Civil L.R. 7-11 and 79-5(d), and the Court's practice, Uniloc filed a redacted version of the above documents accompanying its Opposition.  Uniloc also herewith files redacted and (under seal) unredacted versions.

Uniloc did not electronically file redacted versions of the Palmer Declaration and Exhibit A thereto, because the entirety of those documents are identified by Uniloc as Protected Materials under the Protective Order.  However, Uniloc did electronically file placeholders for each of those documents.  Uniloc also herewith files placeholders and (under seal) unredacted versions.

Pursuant to Civil L.R. 79-5(d)(1)(D) and Paragraph 7 of the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Uniloc will lodge unreacted versions of each of the above documents with the Court. Pursuant to Civil L.R. 79-5(d)(1)(D), the unredacted versions of which will include highlighting to indicate those portions that have been omitted from the redacted version.

Date:  November 12, 2018

Respectfully submitted,

*/s/ Aaron S. Jacobs*
James J. Foster
Aaron S. Jacobs (CA No. 214953)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651