James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**DECLARATION OF AARON S. JACOBS IN SUPPORT OF PLAINTIFFS' ADMINISTRATION MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND REPLY IN SUPPORT OF RULE 25 MOTION TO ADD UNILOC 2017 AS A PARTY; THE DECLARATION OF JAMES PALMER; AND EXHIBIT A TO THE PALMER DECLARATION** |

I, Aaron S. Jacobs, based on personal knowledge, hereby declare:

1. I am an attorney in the law firm of Prince Lobel Tye LLP, counsel for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc") in the above-captioned case.

| DECLARATION OF AARON S. JACOBS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION | 1 | CASE NOS. 3:18-CV-00360-WHA;<br>-00363-WHA;  -00365-WHA; -00572-WHA |
|---|---|---|

3077774.v1

2. Pursuant to Civil L.R. 79-5(d) and (e), I submit this Declaration in support of Uniloc's Administrative Motion to Seal Portions of Response in Opposition to Defendant's Motion to Dismiss and Reply in Support of Rule 25 Motion to Add Uniloc 2017 as a Party; the Declaration of James Palmer; and Exhibit A to the Palmer Declaration.

3. Portions of Uniloc's concurrently filed Response in Opposition to Defendant's Motion to Dismiss and Reply in Support of Rule 25 Motion to Add Uniloc 2017 as a Party ("Response"), cite to materials identified by Uniloc as including information identified as "Highly Confidential – Attorneys' Eyes Only" in accordance with the Protective Order Regarding the Disclosure and Use of Discovery Materials.  *See* Dkt. No. 114.  In particular, the following information is so identified:

- Portions of Uniloc's concurrently filed Opposition to Defendant's Motion to Dismiss, and Reply in Support of Rule 26 Motion to Add Uniloc 2017 as a Party, including:
    - Page i at lines 5-6.
    - Page 1 at lines 19-21.
    - Page 3 at line 19.
    - Page 3 at line 25 to 4 at line 15.
    - Page 6 at lines 15-19.
    - Page 8 at line 20.
    - Page 9 at lines 7-9.
    - Page 9 at line 11
    - Page 9 at line 12.
    - Page 9 at line 13.
    - Page 9 at line 14.
    - Page 9 at lines 15-28.
    - Page 10 at line 1.

| DECLARATION OF AARON S. JACOBS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION | 2 | CASE NOS. 3:18-CV-00360-WHA; -00363-WHA;  -00365-WHA; -00572-WHA |

- o   Page 10 at lines 16-20.
- o   Page 11 at lines 9-10.
- o   Page 11 at lines 11-12.
- o   Page 11 at line 13.

- The Declaration of James Palmer ("Palmer Declaration), in its entirety.
- Exhibit A to the Palmer Declaration, in its entirety.

4. The Palmer Declaration, which accompanies the Response, is entirely comprised of information identified as "Highly Confidential – Attorneys' Eyes Only."

5. Exhibit A to the Palmer Declaration is entirely comprised of information identified as "Highly Confidential – Attorneys' Eyes Only."

6. Based upon my review of the above-cited materials, the Response, Palmer Declaration and Exhibit contain information not publicly available and whose disclosure would cause Uniloc competitive harm. Specifically, the Uniloc plaintiffs and Fortress are private companies and these documents contain sensitive, confidential and proprietary information related to financial data, contracts, business dealings and business plans with respect to various Uniloc entities and Fortress. This information qualifies for protection under Federal Rule of Civil Procedure 26(c), and disclosure of this extremely sensitive information would create a substantial risk of serious harm to the Uniloc entities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 12, 2018            */s/ Aaron S. Jacobs*
                                    Aaron S. Jacobs

| DECLARATION OF AARON S. JACOBS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION | 3 | CASE NOS. 3:18-CV-00360-WHA; -00363-WHA; -00365-WHA; -00572-WHA |