UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No.: 3:18-cv-00360-WHA<br>Case No.: 3:18-cv-00363-WHA<br>Case No.: 3:18-cv-00365-WHA<br>Case No.: 3:18-cv-00572-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATION MOTION TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND REPLY IN SUPPORT OF RULE 25 MOTION TO ADD UNILOC 2017 AS A PARTY; THE DECLARATION OF JAMES PALMER; AND EXHIBIT A TO THE PALMER DECLARATION** |

    Before the Court is Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg's (collectively "Uniloc") Administrative Motion to Seal Portions of Response in Opposition to Defendant's Motion to Dismiss, and Portions and Exhibits of the Declaration of William Easttom II.   Having considered the motion, the Court hereby GRANTS the relief requested by Uniloc.

    Accordingly, the selected potions of the documents listed below shall be sealed in accordance with Uniloc's request:

- Portions of Uniloc's concurrently filed Opposition to Defendant's Motion to Dismiss, and Reply in Support of Rule 26 Motion to Add Uniloc 2017 as a Party, including:

    - Page i at lines 5-6.

    - Page 1 at lines 19-21.

    - Page 3 at line 19.

- o   Page 3 at line 25 to 4 at line 15.
- o   Page 6 at lines 15-19.
- o   Page 8 at line 20.
- o   Page 9 at lines 7-9.
- o   Page 9 at line 11
- o   Page 9 at line 12.
- o   Page 9 at line 13.
- o   Page 9 at line 14.
- o   Page 9 at lines 15-28.
- o   Page 10 at line 1.
- o   Page 10 at lines 16-20.
- o   Page 11 at lines 9-10.
- o   Page 11 at lines 11-12.
- o   Page 11 at line 13.

• The Declaration of James Palmer ("Palmer Declaration), in its entirety.

• Exhibit A to the Palmer Declaration, in its entirety.