1  Michael T. Pieja (CA Bar No. 250351)
   Alan E. Littmann (*pro hac vice*)
2  Jennifer Greenblatt (*pro hac vice*)
   Doug Winnard (CA Bar No. 275420)
3  Andrew J. Rima (*pro hac vice*)
4  Emma C. Neff (*pro hac vice*)
   Lauren Abendshien (*pro hac vice*)
5  Shaun Zhang (*pro hac vice*)
   GOLDMAN ISMAIL TOMASELLI
6  BRENNAN & BAUM LLP
7  564 W. Randolph St., Suite 400
   Chicago, IL 60661
8  Tel: (312) 681-6000
   Fax: (312) 881-5191
9  mpieja@goldmanismail.com
   alittmann@goldmanismail.com
10 jgreenblatt@goldmanismail.com
   dwinnard@goldmanismail.com
11 arima@goldmanismail.com
12 eross@goldmanismail.com
   labendshien@goldmanismail.com
13 szhang@goldmanismail.com

14 *Attorneys for Defendant Apple Inc.*

15 (Additional counsel listed in signature block)

16

17 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**

18

19 UNILOC USA, INC., et al.,                    Case Nos.   3:18-cv-00360-WHA
                                                             3:18-cv-00363-WHA
            Plaintiffs,                                      3:18-cv-00365-WHA
20                                                           3:18-cv-00572-WHA
       v.
21
   APPLE INC.,                                 **DEFENDANT APPLE INC.'S**
22                                             **ADMINISTRATIVE MOTION TO SEAL**
            Defendant.                         **PORTIONS OF ITS REPLY IN SUPPORT**
23                                             **OF ITS MOTION TO DISMISS AND**
                                               **EXHIBITS THERETO**
24
                                               JUDGE: Hon. William Alsup
25

26

27

28

1  Pursuant to Civil L.R. 7-11 and 79-5(e), Defendant Apple Inc. ("Apple") hereby moves for

2  an order sealing:

3      • Exhibits CC, DD, and GG to the Declaration of Doug Winnard in Support
4        of Defendant Apple Inc.'s Reply in Support of Its Motion to Dismiss for
         Lack of Subject Matter Jurisdiction ("Winnard Declaration");

5      • Portions of the underlying Reply in Support of its Motion to Dismiss; and

6      • Portions of the Winnard Declaration.

7  Apple is filing this administrative motion to seal the above-described materials because they

8  were produced and designated by, or reflect documents produced and designated by, Plaintiffs

9  Uniloc USA, Inc. and Uniloc Luxembourg, S.A. as "HIGHLY CONFIDENTIAL – ATTORNEYS'

10 EYES ONLY" under the terms of the Protective Order entered on July 14, 2018 (Dkt. No. 115 in

11 the -360 matter). Apple takes no position as to whether these materials should indeed be sealed.

12

13 DATED:  November 27, 2018                    Respectfully submitted,

14

15                                              */s/ Doug Winnard*
                                                Michael T. Pieja (CA Bar No. 250351)
16                                              Alan E. Littmann (*pro hac vice*)
                                                Jennifer Greenblatt (*pro hac vice*)
17                                              Doug Winnard (CA Bar No. 275420)
                                                Andrew J. Rima (*pro hac vice*)
18                                              Emma C. Neff, M.D., J.D. (*pro hac vice*)
                                                Lauren Abendshien (*pro hac vice*)
19                                              Shaun Zhang (*pro hac vice*)
                                                GOLDMAN ISMAIL TOMASELLI
20                                              BRENNAN & BAUM LLP
                                                564 W. Randolph St., Suite 400
21                                              Chicago, IL 60661
                                                Tel: (312) 681-6000
22                                              Fax: (312) 881-5191
                                                mpieja@goldmanismail.com
23                                              alittmann@goldmanismail.com
                                                jgreenblatt@goldmanismail.com
24                                              dwinnard@goldmanismail.com
                                                arima@goldmanismail.com
25                                              eross@goldmanismail.com
                                                labendshien@goldmanismail.com
26                                              szhang@goldmanismail.com
27
28                                              Kenneth Baum (CA Bar No. 250719)

APPLE'S ADMINISTRATIVE MOTION TO SEAL          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com


*Attorneys for Defendant Apple Inc.*

1

**PROOF OF SERVICE**

2      The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE**

3  **INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REPLY IN**

4  **SUPPORT OF ITS MOTION TO DISMISS AND EXHIBITS THERETO** has been served on

5  November 27, 2018, to all counsel of record who are deemed to have consented to electronic

6  service. I further certify that unredacted versions of **DEFENDANT APPLE INC.'S REPLY AND**

7  **SUPPORTING EXHIBITS** were served on November 27, 2018, to all counsel of record via email.

8

9                 */s/ Doug Winnard*
               Doug Winnard (CA Bar No. 275420)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28