UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case Nos.  3:18-cv-00360-WHA<br>                3:18-cv-00363-WHA<br>                3:18-cv-00365-WHA<br>                3:18-cv-00572-WHA<br><br>**DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND EXHIBITS THERETO**<br><br>JUDGE: Hon. William Alsup |

# DECLARATION OF DOUG WINNARD

I, Doug Winnard, hereby declare:

1. I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. ("Apple") in these matters. Pursuant to Civil L.R. 79-5(e), I submit this declaration in support of Apple's Administrative Motion to Seal Portions of Its Reply in Support of Its Motion to Dismiss and exhibits thereto.

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. In response to discovery requests in these actions, Plaintiffs produced documents that they designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered on July 14, 2018. (Dkt. No. 115 in the -360 matter.)

4. In its reply in support of its motion to dismiss the present actions for lack of subject-matter jurisdiction, Apple is relying on several of these documents, which appear as Exhibits CC, DD, and GG to the Declaration of Doug Winnard in Support of Defendant Apple Inc.'s Reply in Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Winnard Declaration").

5. Statements concerning the contents of the materials and transcripts designated as confidential by Plaintiffs appear in the portions of the reply:

- Page 1, lines 4-11, 13-18
- Page 2, line 20
- Page 3, lines 9-13
- Page 4, lines 24-25
- Page 6, lines 6-14, 18-28;
- Page 7, lines 1-14, 16-19, 20-24, 27-28;
- Page 8, lines 2-16, 18-28
- Pages 9 and 10
- Page 11, lines 1, 22-25
- Page 12, lines 8-21

- Page 13, lines 9-12, 14-25
- Page 15, lines 3-4, 9, 13, 22-25

6. Statements concerning the contents of the materials designated as confidential by Plaintiffs also appear in paragraphs 4-5, 8-9 of the Winnard Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2018, in Chicago, Illinois.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)