**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>         Defendant. | Case Nos.   3:18-cv-00360-WHA<br>                     3:18-cv-00363-WHA<br>                     3:18-cv-00365-WHA<br>                     3:18-cv-00572-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND EXHIBITS THERETO** |

Before the Court is Defendant Apple Inc.'s ("Apple") Administrative Motion to Seal Portions of Its Reply in Support of Its Motion to Dismiss and Exhibits Thereto. Apple's Administrative Motion indicates that the following portions of documents have been designated as, or reflect documents designated as, confidential by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A, and thus have been provisionally filed under seal:

| Documents to be Sealed | Portions to be Sealed |
|---|---|
| Defendant Apple Inc.'s Motion to Dismiss | Page 1, lines 4-11, 13-18<br>Page 2, line 20<br>Page 3, lines 9-13<br>Page 4, lines 24-25<br>Page 6, lines 6-14, 18-28;<br>Page 7, lines 1-14, 16-19, 20-24, 27-28;<br>Page 8, lines 2-16, 18-28 |

|  | Pages 9 and 10<br>Page 11, lines 1, 22-25<br>Page 12, lines 8-21<br>Page 13, lines 9-12, 14-25<br>Page 15, lines 3-4, 9, 13, 22-25 |
|---|---|
| Exhibits CC, DD, GG | Entire |
| Declaration of Doug Winnard in Support | ¶¶ 4-5, 8-9 |

**GOOD CAUSE AND COMPELLING REASONS HAVING BEEN SHOWN, THE COURT HEREBY ORDERS** that the above-identified portions of Apple's Reply in Support of Its Motion to Dismiss and exhibits thereto will remain filed under seal.

DATED: _____, 2018         _____
                                              Hon. William Alsup
                                              United States District Judge