UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case Nos.　3:18-cv-00360-WHA<br>　　　　　　　3:18-cv-00363-WHA<br>　　　　　　　3:18-cv-00365-WHA<br>　　　　　　　3:18-cv-00572-WHA<br><br>**DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

**DECLARATION OF DOUG WINNARD**

I, Doug Winnard, hereby declare:

1. I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. ("Apple") in this matter. I submit this declaration in support of Apple's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) ("Apple's Motion").

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3. Attached hereto as Exhibit BB is an excerpted true and correct copy of Acceleration Bay LLC's Complaint, excluding attachments, filed June 17, 2016. *Acceleration Bay LLC v. Activision Blizzard, Inc.*, No. 1:16-cv-00543 (D. Del.).

4. Attached hereto as Exhibit CC is an excerpted true and correct copy of █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365.

5. Attached hereto as Exhibit DD is an excerpted true and correct copy of ███████████████████████████████████████████████████████████████████████. The complete document is Bates-stamped UNILOC_2017_APPLE-ET_003415 to UNILOC_2017_APPLE-ET_003434.

6. Attached hereto as Exhibit EE are excerpts of a true and correct copy of the Petition for *Inter Partes* Review of U.S. Patent No. 5,490,216, excluding attachments, filed September 8, 2014, *Sega of America, Inc., et al. v. Uniloc USA, Inc., et al.*, Case IPR2014-01453 (P.T.A.B.), Paper No. 1.

7. Attached hereto as Exhibit FF are excerpts of a true and correct copy of the Petition for *Inter Partes* Review of U.S. Patent No. 5,490,216, excluding attachments, filed October 28, 2014, *Kaspersky Lab, Inc. v. Uniloc USA, Inc., et al.*, Case IPR2015-00178 (P.T.A.B.), Paper No. 1.

8. Attached hereto as Exhibit GG is an excerpted true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The complete document is Bates-stamped UNILOC_APPLE_2017_17005 to UNILOC_APPLE_2017_17167.

9. I calculated the amount of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, attached as Exhibit A to Apple's Motion.

10. I ran a search for all cases filed after May 3, 2018 by Uniloc 2017 or Uniloc USA (or both). After Apple filed its Motion in this matter, Uniloc 2017 and/or Uniloc USA voluntarily dismissed at least 35 of the cases it had filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2018, in Chicago, Illinois.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)