# EXHIBIT BB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ACCELERATION BAY LLC, a Delaware )
Limited Liability Corporation, )
                                         )   C.A. No.
           Plaintiff,          )
                                         )   **DEMAND FOR JURY TRIAL**
           v.                    )
                                         )
ACTIVISION BLIZZARD, INC.,          )
a Delaware Corporation,                 )
                                         )
           Defendant.         )

## **COMPLAINT FOR PATENT INFRINGEMENT**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Acceleration Bay LLC ("Acceleration Bay") files this Complaint for Patent Infringement and Jury Demand against Defendant Activision Blizzard, Inc. ("Defendant" or "Activision Blizzard") and alleges as follows:

## BACKGROUND

1.  This Complaint alleges Defendant infringed and continues to infringe the same Acceleration Bay Patents (defined below) at issue in *Acceleration Bay LLC v. Activision Blizzard Inc.,* 1:15-cv-00228-RGA (D. Del.), filed on March 11, 2015. The Acceleration Bay Patents asserted here and in the previous case were assigned by the Boeing Company to Acceleration Bay. On June 3, 2016, the District Court issued an Order in the previous case finding that Acceleration Bay lacked prudential standing. 1:15-cv-00228-RGA, D.I. 149. Subsequent to that Order, Acceleration Bay and the Boeing Company entered into an Amended and Restated Patent Purchase Agreement resolving all of the issues identified by the District Court in its June 3, 2016 Order.

## THE PARTIES

2.  Acceleration Bay is a Delaware limited liability corporation, with its principal place of business at 370 Bridge Parkway, Redwood City, California 94065.

3.  Acceleration Bay is an incubator for next generation businesses, in particular companies that focus on delivering information and content in real-time. Acceleration Bay invests in and supports companies that further the dissemination of technological advancements.

4.  Acceleration Bay also collaborates with inventors and research institutions to analyze and identify important technological problems, generate new solutions to these

1

F.　　An accounting of all infringing sales and revenues, together with post-judgment interest and pre-judgment interest from the first date of infringement of the '344 Patent, '966 Patent, '147 Patent, '634 Patent, '069 Patent, and '497 Patent; and

G.　　Such further and other relief as the Court may deem proper and just.

## **DEMAND FOR JURY TRIAL**

Acceleration Bay demands a jury trial on all issues so triable.

| | |
|---|---|
| OF COUNSEL:<br><br>Paul J. Andre<br>Lisa Kobialka<br>James R. Hannah<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Philip A. Rovner*<br>　　Philip A. Rovner (#3215)<br>　　Jonathan A. Choa (#5319)<br>　　Hercules Plaza<br>　　P.O. Box 951<br>　　Wilmington, DE  19899<br>　　(302) 984-6000<br>　　provner@potteranderson.com<br>　　jchoa@potteranderson.com |
| Dated:  June 17, 2016<br>1226676 | *Attorneys for Plaintiff Acceleration Bay LLC* |