# EXHIBIT EE

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

SEGA OF AMERICA, INC., UBISOFT, INC., KOFAX, INC. AND
CAMBIUM LEARNING GROUP, INC.
Petitioners

v.

UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,
Patent Owner

_____

Case No. IPR2014-01453
Patent 5,490,216

_____

**PETITION FOR *INTER PARTES* REVIEW**

**OF U.S. PATENT NO. 5,490,216**

I. INTRODUCTION ...................................................................................1

II. REQUIREMENTS FOR *INTER PARTES* REVIEW UNDER 37 C.F.R. § 42.104 ................................................................................1
   A. GROUNDS FOR STANDING UNDER 37 C.F.R. § 42.104(A) ......................1
   B. IDENTIFICATION OF CHALLENGE UNDER 37 C.F.R. § 42.104(B) AND RELIEF REQUESTED ....................................................................1
     1. Level of a Person Having Ordinary Skill in the Art.............................2
     2. Claim Construction ...................................................................2

III. OVERVIEW OF THE '216 PATENT ........................................... 9
   A. DESCRIPTION OF THE ALLEGED INVENTION OF THE '216 PATENT...................9
   B. SUMMARY OF THE PROSECUTION HISTORY OF THE '216 PATENT ..................... 10
     1. Original Prosecution ................................................................ 10
     2. First *Ex Parte* Reexamination Proceeding ......................................... 12
     3. Second *ex parte* Reexamination Proceeding.......................................... 14
   C. THE EARLIEST POSSIBLE PRIORITY DATE FOR CLAIMS 1-11 AND 17-20 OF THE '216 PATENT IS SEPTEMBER 21, 1993, THE '216 PATENT FILING DATE.................... 15

IV. THERE IS A REASONABLE LIKELIHOOD THAT THE CHALLENGED CLAIMS ARE UNPATENTABLE .....................................19
   A. SCHULL ANTICIPATES CLAIMS 1-11, AND 17-20 UNDER 35 U.S.C. § 102(E) ...... 19
   B. LOGAN ANTICIPATES CLAIMS 12-14 UNDER AT LEAST 35 U.S.C. § 102(E) ........ 37
   C. LOGAN IN VIEW OF GRUNDY RENDERS CLAIMS 15-16 OBVIOUS UNDER 35 U.S.C. § 103(A) ....................................................................... 41
   D. HAINES IN VIEW OF MANDULEY RENDERS CLAIMS 12-14 OBVIOUS UNDER 35 U.S.C. § 103(A) ....................................................................... 46
   E. SCHULL RENDERS CLAIMS 10 AND 11 OBVIOUS UNDER 35 U.S.C. § 103(A) ..... 53

V. SECONDARY CONSIDERATIONS ........................................................54

VI. MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(A)(1)...................54
   A. REAL PARTY-IN-INTEREST AND RELATED MATTERS .......................... 54
   B. LEAD AND BACK-UP COUNSEL UNDER 37 C.F.R. § 42.8(B)(3).......................... 55
   C. PAYMENT OF FEES UNDER 37 C.F.R. § 42.103 ................................... 55

VII. CONCLUSION ...................................................................................55

## I.     INTRODUCTION

Ubisoft, Inc., Sega of America, Inc., Kofax, Inc. and Cambium Learning Group, Inc. (collectively "Petitioners") request *Inter Partes* Review ("IPR") of claims 1-20 of U.S. Patent No. 5,490,216 ("the '216 Patent") issued on February 6, 1996. Exhibit 1001, *'216 Patent*.

## II.    REQUIREMENTS FOR *INTER PARTES* REVIEW UNDER 37 C.F.R. § 42.104

### A.     Grounds for Standing Under 37 C.F.R. § 42.104(a)

Petitioners certify that the '216 Patent is available for IPR and that Petitioners are not barred or estopped from requesting IPR challenging the claims of the '216 Patent. Specifically, Petitioners state: (1) Petitioners are <u>not</u> the owner of the '216 Patent; (2) Petitioners have <u>not</u> filed a civil action challenging the validity of any claim of the '216 Patent; (3) this Petition is timely filed <u>less</u> than one year after Petitioners were served with a complaint alleging infringement of the '216 Patent; and (4) this Petition is filed <u>more</u> than nine months after the '216 Patent issued, and the '216 Patent was not the subject of a post-grant review.

### B.     Identification of Challenge Under 37 C.F.R. § 42.104(b) and Relief Requested

In view of the prior art, evidence, and claims charts, claims 1-5 and 7-20 of the '216 Patent are unpatentable and should be cancelled. 37 C.F.R. § 42.104(b)(1).

| Proposed Statutory Rejections for the '216 Patent |
|---|
| Claims 1-11 and 17-20: Anticipated under 35 U.S.C. §102(e) by US 5,509,070 to Schull ("Schull") [Ex. 1002] |

Petitioners also note that they are concurrently filing a Petition for Covered Business Method Review of the '216 Patent.

### B.     Lead and Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)

Petitioners provide the following designation and service information for lead and back-up counsel.

| Lead Counsel | Back-Up Counsel |
|---|---|
| Eric A. Buresh (Reg. No. 50,394) eric.buresh@eriseip.com<br><br>Postal and Hand-Delivery Address: ERISE IP, P.A. 6201 College Blvd., Suite 300 Overland Park, Kansas 66211 Telephone: (913) 777-5600 Fax: (913) 777-5601 | Mark C. Lang (Reg. No. 55,356) mark.lang@eriseip.com<br><br>Postal and Hand-Delivery Address: ERISE IP, P.A. 6201 College Blvd., Suite 300 Overland Park, Kansas 66211 Telephone: (913) 777-5600 Fax: (913) 777-5601 |

### C.     Payment of Fees Under 37 C.F.R. § 42.103

The undersigned submitted payment by deposit account with the filing of this Petition authorizing the Office to charge fees required under 37 C.F.R. § 42.103(a) and 42.15(a).

## VII.  CONCLUSION

For at least the reasons given above, Petitioners respectfully request that claims 1-20 of U.S. Patent No. 5,490,216 be canceled.

September 8, 2014                    Respectfully submitted,

                                    ERISE IP, P.A.

                                    BY: /s/ Eric A. Buresh

Eric A. Buresh, Reg. No. 50,394
Mark C. Lang, Reg. No. 55,356
6201 College Blvd., Suite 300
Overland Park, KS 66211
P: (913) 777-5600
F: (913) 777-5601
eric.buresh@eriseip.com
mark.lang@eriseip.com

*ATTORNEYS FOR PETITIONERS*