IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC.; and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. C 18-00360 WHA <br> No. C 18-00363 WHA <br> No. C 18-00365 WHA <br> No. C 18-00572 WHA <br><br> **ORDER RE SEALING OF ORDER ON MOTION TO DISMISS AND MOTION TO JOIN PARTY** |

The order on the motion to dismiss and motion to join a new party, filed under seal today, shall remain under seal for **TWO WEEKS**, during which plaintiffs may seek appellate review of this order to obtain redactions. Thereafter, absent request for appellate review, the order on the motions will be filed on the public docket by **FEBRUARY 1 AT NOON**.

**IT IS SO ORDERED.**

Dated: January 17, 2019.

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE