# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC; and UNILOC LUXEMBOURG, S.A.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | **Case Nos.** 　3:18-cv-00360-WHA<br>　　　　　　　　3:18-cv-00363-WHA<br>　　　　　　　　3:18-cv-00365-WHA<br>　　　　　　　　3:18-cv-00572-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY THE COURT'S JANUARY 17, 2019, ORDER RE SEALING OF ORDER ON MOTION TO DISMISS AND MOTION TO JOIN PARTY, AND ORDER RE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL AND MOTION TO INTERVENE** |

Before the Court is Plaintiffs, Uniloc 2017 LLC and Uniloc Luxembourg, S.A., (collectively, "Uniloc"), Administrative Motion to Stay the Court's January 17, 2019, Order re Sealing of Order on Motion to Dismiss and Motion to Join Party, and Order re Administrative Motions to File Under Seal and Motion to Intervene.  The relevant Orders were entered in each of the above-captioned cases, including (for example) in the -360 case at Docket Numbers 158 and 159, respectively.  Having considered the Motion, the Court hereby GRANTS the relief requested by Uniloc.

In particular, the materials at issue in each of the Orders shall remain under seal for THIRTY DAYS from the date of those Orders, during which time Uniloc may seek appellate review or request leave to move for reconsideration under Civil Local Rule 7-9.

If Uniloc files an appeal, then the materials shall remain under seal until the appellate process is complete.

If Uniloc files a motion for leave to file a motion for reconsideration, then the materials shall remain under seal for two weeks after this Court either denies such motion for leave or, if granted, two weeks after this Court rules upon such motion for reconsideration.

IT IS SO ORDERED

Dated:   January 30, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE