IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 18-00360 WHA<br>No. C 18-00363 WHA<br>No. C 18-00365 WHA<br>No. C 18-00572 WHA<br><br>**ORDER GRANTING STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE** |

The Court is in receipt of the parties' stipulated request to amend the briefing schedule regarding the motion for reconsideration (Dkt. No. 170, Case No. 18-00360). The request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 27, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE