AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Uniloc USA, Inc. and Uniloc Luxembourg, S.A. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-00360 WHA |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Frontier Foundation  .

Date:  March 5, 2019

/s/ Alexandra H. Moss
*Attorney's signature*

Alexandra H. Moss. (CA SBN 302641)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA  94109
*Address*

alex@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*

Print    Save As...    Reset