James J. Foster
Aaron S. Jacobs (CA Bar No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Filed in Case No.  3:18-cv-00360-WHA <br> 3:18-cv-00363-WHA <br> 3:18-cv-00365-WHA <br> 3:18-cv-00572-WHA <br><br> **PLAINTIFFS' NOTICE OF APPEAL OF THE ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. William Alsup |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs, Uniloc 2017 LLC, Uniloc USA Inc. and Uniloc Luxembourg, S.A. (together "Uniloc"), in the above-named cases, hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Orders: Order Re: Sealing of Order on Motion to Dismiss and Motion to Join Party, Dkt. No. 158[1], Order Re: Administrative Motions to File Under Seal and Motion to Intervene, Dkt No. 159, and denying Motion for Reconsideration, Dkt. No. 187.

Date: May 21, 2019

Respectfully submitted,

*/s/ James J. Foster*
James J. Foster
Aaron S. Jacobs (CA Bar No. 214953)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

---

[1] All docket citations herein are to Case No. 3:18-cv-00360-WHA.