| | |
|---|---|
| James J. Foster<br>jfoster@princelobel.com<br>Aaron S. Jacobs (CA No. 214953)<br>ajacobs@princelobel.com<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Telephone: 617-456-8000<br>Facsimile: 617-456-8100<br><br>COUNSEL FOR PLAINTIFFS | Michael T. Pieja (CA Bar No. 250351)<br>Alan E. Littmann (*pro hac vice*)<br>Jennifer Greenblatt (*pro hac vice*)<br>Doug Winnard (CA Bar No. 275420)<br>Andrew J. Rima (*pro hac vice*)<br>Emma C. Ross (*pro hac vice*)<br>Lauren Abendshien (*pro hac vice*)<br>Shaun Zhang (*pro hac vice*)<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>200 S. Wacker Dr, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 681-6000<br>Fax: (312) 881-5191<br>mpieja@goldmanismail.com<br>alittmann@goldmanismail.com<br>jgreenblatt@goldmanismail.com<br>dwinnard@goldmanismail.com<br>arima@goldmanismail.com<br>eross@goldmanismail.com<br>labendshien@goldmanismail.com<br>szhang@goldmanismail.com<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case Nos.  3:18-cv-00360-WHA<br>               3:18-cv-00365-WHA<br>               3:18-cv-00572-WHA<br><br>**JOINT STATUS REPORT**<br>**REGARDING *INTER PARTES***<br>**REVIEW PROCEEDINGS** |

Pursuant to the Court's April 2, 2020, Order, the parties respectfully submit this status report regarding *inter partes* review proceedings relating to the patents-in-suit. Final written decisions from the PTAB have issued in the IPRs relating to each of the above-captioned cases. Those decisions have held every claim asserted in the -00360 case to be unpatentable; held all but one claim asserted in the -00365 case to be unpatentable; and held some, but not all, of the claims of the '127 Patent at issue in the -00572 case to be unpatentable. Uniloc filed requests for rehearing of the PTAB's decisions in each case, all of which were denied. Uniloc has filed an appeal in several cases.

The parties respectfully request the Court set a deadline to provide a further status report by January 5, 2021, to advise as to the status or disposition of the present appeals.

**Civil Action No. 3:18-cv-00360:** This action involves one patent: U.S. Patent No. 7,092,671. The '671 Patent was the subject of two IPR petitions, IPR2018-00282 (filed by Apple) and IPR2018-00199 (filed by a third party, Unified Patents Inc.). The PTAB issued a final written decision in Apple's IPR on June 4, 2019, in which it held all challenged claims of the '671 Patent were unpatentable. The PTAB issued a final written decision in Unified Patents's IPR on May 31, 2019, in which it held all challenged claims of the '671 Patent were unpatentable. The claims held to be unpatentable included all claims asserted by Uniloc in the -360 action. Uniloc filed requests for rehearing of the final written decisions in Apple's and Unified Patents's IPRs regarding the '671 Patent on July 1, 2019, which PTAB denied on February 12 and February 19, 2020. On April 8, 2020, Uniloc appealed the PTAB's decisions to the Federal Circuit (Appeal Nos. 20-1666 and 20-1667). Briefing on these appeals has not yet begun.

**Civil Action No. 3:18-cv-00365:** This action involves one patent: U.S. Patent No. 6,216,158. The '158 Patent is the subject of one IPR petition: IPR2018-00361, filed by Apple. On June 19, 2019, the PTAB issued a final written decision in this IPR. The final written decision held claims 1, 2, 6–9, 12, 14, and 15 were unpatentable, but that claim 20 had not been shown to be unpatentable. Claim 20 is the only claim asserted in the -365 case that has not been held to be unpatentable. Uniloc filed a request for rehearing of the final written decision regarding the '158 Patent, which was denied

on August 9, 2019.  On October 9, 2019, Uniloc noticed an appeal of the PTAB's decision to the Federal Circuit (Appeal No. 20-1038).  Uniloc filed its opening brief on appeal on March 9, 2020.  Apple filed its response brief on appeal on June 19, 2020.  No date has yet been set for oral argument.

**Civil Action No. 3:18-cv-00572:** This action involves two patents: U.S. Patent Nos. 6,161,134 and 6,446,127.

The '127 Patent is the subject of one IPR petition: IPR2018-00456, filed by Apple.  This IPR was instituted on August 3, 2018.  On July 31, 2019, the PTAB issued a final written decision in this IPR.  The final written decision held claims 15, 21–24, 27, 28, and 30 of the '127 Patent were unpatentable, but claims 1–5 and 8 of the '127 Patent had not been shown to be unpatentable.  Uniloc filed a request for rehearing of this decision on August 30, 2019, which was denied on February 25, 2020.  Apple filed a notice of appeal on March 10, 2020 (Fed. Cir. Appeal No. 20-1575).  Uniloc filed a notice of cross-appeal on March 24, 2020.  Apple's opening brief on appeal is due August 31, 2020.

The '134 Patent is not the subject of any IPR petitions.  Apple had previously filed IPR2018-00420 relating to the '134 Patent; however, the PTAB declined to institute IPR proceedings with respect to the '134 Patent.

DATED: July 6, 2020

Respectfully submitted,

 /s/ Aaron S. Jacobs
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617-456-8000
Facsimile: 617-456-8100

 /s/ Michael T. Pieja
Michael T. Pieja (CA Bar No. 250351)

Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Ross, M.D., J.D. (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shaun Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr, 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*