# United States Court of Appeals for the Federal Circuit

---

**UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

v.

**APPLE, INC.,**
*Defendant-Appellee*

**ELECTRONIC FRONTIER FOUNDATION,**
*Intervenor-Appellee*

---

2019-1922, 2019-1923, 2019-1925, 2019-1926

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:18-cv-00360-WHA, 3:18-cv-00363-WHA, 3:18-cv-00365-WHA, 3:18-cv-00572-WHA, Judge William H. Alsup.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

Entered By Order Of The Court

July 9, 2020                    /s/ Peter R. Marksteiner
                                                      Peter R. Marksteiner
                                                      Clerk of Court