# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC, UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

v.

**APPLE, INC.,**
*Defendant-Appellee*

**ELECTRONIC FRONTIER FOUNDATION,**
*Intervenor-Appellee*

_____

2019-1922, 2019-1923, 2019-1925, 2019-1926

_____

Appeals from the United States District Court for the Northern District of California in Nos. 3:18-cv-00360-WHA, 3:18-cv-00363-WHA, 3:18-cv-00365-WHA, 3:18-cv-00572-WHA, Judge William H. Alsup.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered July 9, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 17, 2020              /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court