UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNILOC USA, INC., et al.,

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

No.  C 18-00360 WHA
No.  C 18-00365 WHA
No.  C 18-00572 WHA

**STATUS REPORT ORDER**

    Having received the parties' latest status update regarding the appeals of the several *inter partes* reviews affecting this case, the Court awaits the parties' further status update by **FEBRUARY 5, 2021, AT NOON**.

    **IT IS SO ORDERED.**

Dated:  November 23, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE