UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC., et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>APPLE, INC., <br><br>    Defendant. | No. C 18-00360 WHA <br> No. C 18-00365 WHA <br> No. C 18-00572 WHA <br><br> **STATUS REPORT ORDER** |

Pursuant to their joint request, the parties shall please file a status report regarding the appeals of the several *inter partes* reviews affecting these cases by **AUGUST 20, 2021, AT NOON**.

**IT IS SO ORDERED.**

Dated: May 25, 2021

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE