Alexandra Moss (SBN 302641)
alex@eff.org
Aaron Mackey (SBN 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Tel.: (415) 436-9333
Fax.: (415) 436-9993

Attorneys for Intervenor
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case Nos.: <br> 3:18-cv-00358-WHA <br> 3:18-cv-00360-WHA <br> 3:18-cv-00363-WHA <br> 3:18-cv-00365-WHA <br> 3:18-cv-00572-WHA <br><br> **INTERVENOR ELECTRONIC FRONTIER FOUNDATION'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL PARTS OF ORDER RE MOTION TO SEAL AND AMEND DEADLINES WITH RESPECT THERETO** |

Intervenor Electronic Frontier Foundation ("EFF") hereby submits the following response to the Administrative Motion to Unseal Parts of Order re Motion to Seal and Amend Deadlines with Respect Thereto filed by Plaintiffs Uniloc 2017 LLC, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc") (Dkt. No. 264).

EFF takes no position on Uniloc's administrative motion and cannot take any position on this Court's sealed order (Dkt. No. 263) without the parties or the Court making it public.

Nevertheless, EFF notes that Uniloc's recent submissions indicate that it believes only a small portion of the Court's order should remain under seal. *See* Dkt. 264-1 at 3. Although EFF takes no position on the propriety of sealing any portion of the Court's order, there appears to be no impediment to Uniloc filing a proposed redacted version of that order for the Court to enter on the public docket at any time. EFF therefore respectfully requests that the Court and parties make a version of the order available to the public with redactions of only the payment amounts in the footnote identified by Uniloc's counsel.

Dated: August 31, 2022

Respectfully submitted,

By:   /s/ Alexandra H. Moss
      Alexandra H. Moss

      Attorneys for Intervenor
      ELECTRONIC FRONTIER
      FOUNDATION