UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant,<br><br>  and<br><br>ELECTRONIC FRONTIER FOUNDATION,<br><br>    Intervenor. | No. C 18-00358 WHA<br>No. C 18-00360 WHA<br>No. C 18-00363 WHA<br>No. C 18-00365 WHA<br>No. C 18-00572 WHA<br><br>**ORDER RE MOTION TO UNSEAL PARTS OF THE OMNIBUS SEALING ORDER** |

An August 22 order ruled on the remaining sealing issues in this action (No. C 18-00360, Dkt. No. 263). In an abundance of caution, that order was filed temporarily under seal to give Uniloc and Apple an opportunity to check whether they considered any material in the order sealable.

Uniloc and Apple have submitted an administrative motion stating they consider two specific dollar figures in the order to be confidential, and that they do not oppose public disclosure of the rest of the order. Accordingly, Uniloc SHALL file an initial, public version of the order with the redactions they have proposed. To be clear, those proposed redactions are made only until such time as the Court of Appeals for the Federal Circuit rules on any appeal,

including on whether those two items should be redacted, which they should not be (once the appeal is over).  The proposed redactions to the order shall be considered contested denials the sealing order stayed until 28 days after all appeals of the order are exhausted.

Uniloc and Apple's further request that all deadlines identified in the sealing order are revised to coincide with the deadline to appeal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 1, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE