James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617-456-8000
Facsimile: 617-456-8100

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, <br><br> and <br><br> ELECTRONIC FRONTIER FOUNDATION, <br><br> Intervenor. | Case Nos.  3:18-cv-00358-WHA <br> 3:18-cv-00360-WHA <br> 3:18-cv-00363-WHA <br> 3:18-cv-00365-WHA <br> 3:18-cv-00572-WHA <br><br> **PLAINTIFFS' NOTICE OF COMPLIANCE WITH ORDER RE MOTION TO SEAL AND AMEND DEADLINES WITH RESPECT THERETO** |

Pursuant to the Court's Order re Motion to Seal, Dkt. No. 263,[1] and Order re Motion to Unseal Parts of the Omnibus Sealing Order, Dkt. No. 266, Plaintiffs Uniloc 2017 LLC, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc")[2] hereby comply with the Court's instruction to file proposed redactions to certain documents submitted in the course of Defendant Apple, Inc.'s Motion to Dismiss, Dkt. No. 135 *et seq.*, and Uniloc's Motion for Leave to File Motion for Reconsideration, Dkt. No. 168 *et seq.*  In particular, Uniloc hereby files the following documents as redacted (or unsealed) pursuant to the Court's instructions:

| Document | Dkt. No. | Status |
|---|---|---|
| Order re Motion to Seal | 263 | Unsealed. |
| Jacobs Revised Redactions Declaration | 257-3 (Ex. 1) 168-2 | Redacted to cover information that would disclose the licensees' identities, such as their name, the name of the declarant, references to the licensees' location, etc. |
| Conformed Revenue Sharing and Note and Warrant Purchase Agreement | 257-4 (Ex. 2) 135-2 | Pursuant to Dkt. No. 263 at 9: Redactions to cover the licensees' names, license dates and lump sum payments for those licensees who submitted statements. Redactions to cover the lump sum payments of the eight licensees who disclosed their identities but sought to keep the payment information confidential. |
| Third-Party Declaration | 257-7 (Ex. 5) 168-9 | Pursuant to Dkt. No. 263 at 11: Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the |

---

[1]   Except as otherwise noted, citations to the docket are to the -360 Case.

[2]   Uniloc 2017 LLC was added as a plaintiff to the -360, -363, -365 and -572 Cases ("the -360 *et seq.* cases"), but not to the -358 Case.

| | | |
|---|---|---|
| | | declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-8 (Ex. 6) <br> 168-10 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-9 (Ex. 7) <br> 168-11 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-10 (Ex. 8) <br> 168-12 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-11 (Ex. 9) <br> 168-13 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-12 (Ex. 10) <br> 168-14 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the |

| | | |
|---|---|---|
| | | declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-13 (Ex. 11) <br> 168-15 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| Third-Party Declaration | 257-14 (Ex. 12) <br> 168-16 | Pursuant to Dkt. No. 263 at 11: <br><br> Redacted to cover information that would disclose the licensee's identity, such as its name, the name of the declarant, references to the licensee's location, etc. |
| The Palmer Deposition Transcript | 257-16 (Ex. 14) <br> -358 Case, Dkt. No. 165-2 | Pursuant to Dkt. No. 263 at 12: <br><br> Redacted to cover the name of the second licensee. |

Date: September 21, 2022

Respectfully submitted,

*/s/ Aaron S. Jacobs*
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

ATTORNEYS FOR THE PLAINTIFFS